UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIMELDA MENDEZ, for herself and on behalf of all other persons similarly situated,<br><br>     Plaintiff,<br><br>   –against–<br><br>THE NATIONAL EXEMPLAR GALLERY INC.,<br><br>     Defendant. | 19 CV 11543 (VSB) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby gives notice that this action be voluntarily dismissed without prejudice.

               LAW OFFICE OF JUSTIN A. ZELLER, P.C.

               By: _____
               John M. Gurrieri
               jmgurrieri@zellerlegal.com
               Justin A. Zeller
               jazeller@zellerlegal.com
               277 Broadway, Suite 408
               New York, N.Y. 10007-2036
               Telephone: (212) 229-2249
Dated: New York, New York    Facsimile: (212) 229-2246
    May 1, 2020         **ATTORNEYS FOR PLAINTIFF**